UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ALIE GOODWIN, 2020001974,

                      Plaintiff,

      -against-

CORRECTIONS OFFICER MCKINNEY, Badge #294;
CORRECTIONS OFFICER LUPEWIG,

                      Defendants.
---------------------------------------------------------------------X

For Online Publication Only

**ORDER**
21-CV-01672 (JMA)(JMW)

**AZRACK, United States District Judge:**

      Before the Court is the application to proceed in forma pauperis filed by incarcerated pro se plaintiff Alie Goodwin ("plaintiff") in this civil rights action brought pursuant to 42 U.S.C. § 1983 ("Section 1983") against Nassau County Corrections Officers McKinney and Lupewig (together, "defendants"). (See ECF Nos. 1, 6.) Upon review of the declarations accompanying plaintiff's application to proceed in forma pauperis, the Court finds that plaintiff's financial status qualifies him to commence this action without prepayment of the filing fee. See 28 U.S.C. § 1915(a)(1). Accordingly, the Court grants plaintiff's application to proceed in forma pauperis and orders service of the summonses and complaint upon the defendants by the United States Marshal Service ("USMS") forthwith.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      The Clerk of Court shall mail a copy of this Order to the plaintiff at his last known address.

**SO ORDERED.**

Dated: October 4, 2021
       Central Islip, New York

                                                /s/ (JMA)
                                         JOAN M. AZRACK
                                         UNITED STATES DISTRICT JUDGE